**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sandra Taylor** | Social Security number or ITIN | **xxx–xx–0474** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    **Northern District of Illinois**

Case number:  **20–13814**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sandra Taylor
aka Sandra Fitts

October 14, 2020

**For the court:**  Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                      Case No. 20-13814-ABG

Sandra Taylor                                                                          Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1                          User: admin                                          Page 1 of 3

Date Rcvd: Oct 14, 2020                  Form ID: 318                                  Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Taylor, 504 Powell Ave., Waukegan, IL 60085-6352 |
| 28934115 | + | Associates In Pain Management, c/o Choice Recovery Inc., 1105 Schrock Rd., Ste. 700, Columbus, OH 43229-1168 |
| 28934118 | + | Cash Loans, 11949 S. Pulaski Road, Alsip, IL 60803-1114 |
| 28934120 | + | Check N Go, Bankruptcy Department, 3435 Dempster, Skokie, IL 60076-2441 |
| 28934121 | | City of Chicago Dept. of Revenue, Camera Enforcement Violation, PO Box 88292, Chicago, IL 60680-1292 |
| 28934122 | + | City of Chicago Parking, Department of Finance, P. O. Box 6330, Chicago, IL 60680-6330 |
| 28934123 | + | City of Waukegan Bureau of Parking, 106 N Martin Luther King Jr Ave, Waukegan, IL 60085-4328 |
| 28934124 | + | College of Lake County, c/o Merchants Credit Guide, 223 W. Jackson Blvd., Ste. 700, Chicago, IL 60606-6914 |
| 28934131 | | Great Lake Credit Union, 1425 Tri State Parkway, Suite 100, Gurnee, IL 60031-4060 |
| 28934134 | + | Illinois Tollway, Bankruptcy Department, PO Box 5544, Chicago, IL 60680-5491 |
| 28934135 | + | Illinois Tollway Headquarters, 2700 Ogden Ave., Downers Grove, IL 60515-1703 |
| 28934138 | + | Peoples Gas, Bankruptcy Department, 200 E. Randolph Street, Chicago, IL 60601-6302 |
| 28934139 | | Potawatomi Bingo Casino, c/o Trident Asset Management, 10375 Old Alabama Rd., Ste. 303, Alpharetta, GA 30022 |
| 28934141 | + | Renee Kirkland, 535 Garnett, Winthrop Harbor, IL 60096-1128 |
| 28934142 | + | Secretary of State, Safety & Financial Responsibility, 2701 South Dirksen Parkway, Springfield, IL 62723-1000 |
| 28934143 | + | Secretary of State License Renewal, 17 N State, Suite 1100, Chicago, IL 60602-3561 |
| 28934145 | + | Social Security Admin., Bankruptcy Department, 77 W. Jackson, Chicago, IL 60604-3511 |
| 28934150 | | Title Max, 3101 Grand Ave, Waukegan, IL 60085-2201 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28934116 | | EDI: CINGMIDLAND.COM | Oct 15 2020 03:08:00 | AT&T Wireless, Bankruptcy Department, PO Box 6416, Carol Stream, IL 60197-6416 |
| 28934113 | + | Email/Text: cashnotices@gmail.com | Oct 15 2020 03:21:00 | AmeriCash Loans, PO Box 184, Des Plaines, IL 60016-0003 |
| 28934114 | + | EDI: PHINHARRIS | Oct 15 2020 03:08:00 | Arnold Scott Harris, P.C., 111 W. Jackson Blvd. Ste. 600, Chicago, IL 60604-3517 |
| 28934128 | | EDI: LCITDAUTO | Oct 15 2020 03:08:00 | Daimler Chrysler Financial Services, PO Box 551080, Jacksonville, FL 32255 |
| 28934117 | | EDI: CAPITALONE.COM | Oct 15 2020 03:08:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 28934125 | + | EDI: SWCR.COM | Oct 15 2020 03:08:00 | Comcast, c/o Southwest Credit Systems, 4120 International Pkwy., Ste. 1100, Carrollton, TX 75007-1958 |
| 28934126 | + | Email/Text: Collections@myconsumers.org | Oct 15 2020 03:19:00 | Consumers Credit Union, 3737 North lewis Ave., Waukegan, IL 60087-1502 |
| 28934127 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2020 02:22:51 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 28934129 | + | EDI: DIRECTV.COM | Oct 15 2020 03:08:00 | DirecTV, PO Box 105261, Atlanta, GA 30348-5261 |

District/off: 0752-1                          User: admin                                              Page 2 of 3
Date Rcvd: Oct 14, 2020                       Form ID: 318                                       Total Noticed: 41

| | | | |
|---|---|---|---|
| 28934130 | + Email/Text: collectionbankruptcies.bancorp@53.com | Oct 15 2020 03:20:00 | Fifth Third Bank, Bankruptcy Department, 1830 E. Paris Ave., S.E MS # RSCB3E, Grand Rapids, MI 49546-6253 |
| 28934133 | Email/Text: rev.bankruptcy@illinois.gov | Oct 15 2020 03:19:00 | Illinois Dept. of Revenue, Bankruptcy Unit, P.O. Box 19035, Springfield, IL 62794-9035 |
| 28934136 | EDI: IRS.COM | Oct 15 2020 03:08:00 | IRS, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 28934132 | + Email/Text: collections@myiccu.org | Oct 15 2020 03:19:00 | Illinois Community Credit Union, 501 W. Main St., Genoa, IL 60135-5404 |
| 28934119 | EDI: JPMORGANCHASE | Oct 15 2020 03:08:00 | Chase Bank, 3950 Fountain Square Pl., Waukegan, IL 60085 |
| 28934137 | + Email/Text: skrouse@marscollect.com | Oct 15 2020 02:14:00 | Moneytree Services, c/o Mars, Inc., 9126 E 46th St, Tulsa, OK 74145-4824 |
| 28935042 | + EDI: PRA.COM | Oct 15 2020 03:08:00 | Orion (POTAWATOMI BINGO CASINO), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 28934140 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 15 2020 02:24:44 | Regional Acceptance Corporation, 1424 E. Fire Tower Rd., Greenville, NC 27858-4105 |
| 28934144 | + Email/Text: chicago.bnc@ssa.gov | Oct 15 2020 03:20:00 | Social Security, 1930 N. Lewis Ave, Waukegan, IL 60087-4784 |
| 28934146 | + Email/Text: chicago.bnc@ssa.gov | Oct 15 2020 03:20:00 | Social Security Administration, Overpayment, 8658 S. Sacramento Ave., Chicago, IL 60652-3800 |
| 28934148 | + Email/Text: bankruptcy@speedyinc.com | Oct 15 2020 03:18:00 | Speedy Cash, Bankruptcy Department, PO Box 780408, Wichita, KS 67278-0408 |
| 28934147 | + Email/Text: bankruptcy@speedyinc.com | Oct 15 2020 03:18:00 | Speedy Cash, Bankruptcy Department, 8400 E. 32nd Street N, Bel Aire, KS 67226-2608 |
| 28934149 | + Email/Text: bknotice@ercbpo.com | Oct 15 2020 03:20:00 | T-Mobile, c/o Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 28934151 | + EDI: WABK.COM | Oct 15 2020 03:08:00 | World Finance Corporation, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2020                          Signature:            /s/Joseph Speetjens

District/off: 0752-1

Date Rcvd: Oct 14, 2020

User: admin

Form ID: 318

Page 3 of 3

Total Noticed: 41

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| David M Siegel | on behalf of Debtor 1 Sandra Taylor davidsiegelbk@gmail.com  R41057@notify.bestcase.com;johnellmannlaw@gmail.com |
| Ilene F Goldstein, ESQ | ifgcourt@aol.com  IL35@ecfcbis.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3